JAMES A. MC DEVITT
United States Attorney-Eastern District of Washington
TIMOTHY M. DURKIN
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>DELORES V. VELA,<br><br>          Defendant. | No.  CV-06-5062-AAM<br><br>JUDGMENT |

      Default having been entered against defendant, in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against the defaulted defendant, and having filed a proper declaration with the Court as to the amount due from the defendant to the plaintiff, and having complied with the provisions of Rule 55 of the Local Rules of Practice for the Eastern District of Washington;

      Judgment is therefore, hereby rendered in favor of the Plaintiff, United States of America, and against Defendant Vela in the principal sum of $41,507.00, plus costs in the sum of $ 403.90, plus allowable future costs, plus a surcharge of $4,150.00 under 28 U.S.C. Section 3011 (i.e., 10% surcharge authorized) and interest at the rate allowable by law from the date of judgment until fully paid.

      DATED this 9th day of April, 2007.


                  s/ ALAN A. McDONALD
                  SENIOR U.S. DISTRICT COURT JUDGE